Court in Case the appeal be Dismissed and the Decree affirmed or the Appeal not prosecuted com affecta within a Twelve Month and a day next ensuing the Date of the S$^d$ Bond.

Mr John Jepson late Mate of the Sloop Mary being Sworn testifieth and Saith that he heard Benjamin Chander late Coop$^r$ of Said Sloop tell Cap$^t$ Jon$^a$ Dickinson late M$^r$ of S$^d$ Sloop in Guardeloup that it was not a good way to Stow away the Casque empty in s$^d$ Vessell but all the s$^d$ Cask were stow'd away empty by s$^d$ Dickinsons order as was done on board other Vessells and that the Cask were fetc'd on board from the Shore every Night and the Cooper commonly came with them and the Hoops of the Cask were never drove the Second Time to this Depon$^{ts}$ knowledge for the Cooper never had opportunity to drive S$^d$ hoops the Second Time as this Dep$^t$ knows off And further this Depon$^t$ Saith that the two hh$^{ds}$ of Mollasses that leaked out in the Voyage were well Stowd when they came to Newport being the Same two Cask that were Surveyed by Gardner and Mellis and that he Supposes the fault was in the Cask Sworn the 11th Day of Dec$^r$ 1727

Before me Will. Whiting Dep Ju. Adm$^{ty}$

### Henry Cutbirth vs. Nathaniel Coggeshall, 1727

Joseph King of Newp$^t$ Marriner being Sworn testifieth And Saith that Henry Cutbirth bought of him the q$^t$ of a hh$^d$ Mollasses in Bar$^l$ in Martinico and that he Started it into the hh$^d$ that S$^d$ Cutbirth procur'd on board the Brig Swallow Cap$^t$ Nath$^l$ Coggeshall Mast$^r$ and that s$^d$ Hogshead of Mollasses was brought in s$^d$ Brig to Newport Sworn Dec$^r$ 13th 1727.

Robert Kalley of Newport Marr$^r$ being Sworn testifyeth and Saith that he Saw Henry Cutbirth pay Joseph King for the aforementioned hh$^d$ of Mollasses in Martinico and that it was brought in the abovementioned Brig to Newp$^t$ and their hoisted out of the hold. Sworn Dec$^r$ 13th 1727 before